AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M. | District Court - Massachusetts | 5/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
1 Courthouse Way, Suite 3110
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder, Clerk/Secretary and Director | Slade Gorton Seafood Holdings, Inc., Boston, MA (closely held family seafood business) a MA corporation |
| 2. | Power of Attorney/Trustee (See NOTE in Part VIII) | Fidelity money market accounts (for all stckhds of Slade Gorton Seafood Holdings, Inc.) all of whom are ▨ of the reporting party |
| 3. | Trustee (See NOTE in Part VIII) | Irrevocable Trust (created in connection with the estate plan of reporting party's sister) |
| 4. | Trustee (See NOTE in Part VIII) | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ▨ ) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/03/2017 | Slade Gorton Holdings, Inc. (closely held ▢ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | 04/01/2017 | New York City | Attend annual NYIPLA dinner at Hilton Hotel | reimbursement for lodging and travel by train w▢ from Boston to NYC |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Slade Gorton Seafood Holdings, Inc. (a MA corporation)(common stock) | F | Dividend | P1 | Q | | | | | See Section VIII |
| 2. | Fidelity Cash Reserves (individual) | A | Int./Div. | J | T | | | | | |
| 3. | Charitable Remainder Trust | | | | | | | | | See Section VIII |
| 4. | - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 5. | - Jack Henry & Associates | A | Dividend | J | T | | | | | |
| 6. | - CVS Caremark Corp (bond) | A | Interest | J | T | | | | | |
| 7. | - Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 8. | - TJX Companies Inc. | A | Dividend | | | Sold | 07/12/17 | J | B | |
| 9. | - Ryder Systems Inc (bond) | A | Interest | J | T | | | | | |
| 10. | - Medtronic Inc.(bond) | A | Interest | J | T | | | | | |
| 11. | - Comcast Corp | A | Dividend | J | T | | | | | |
| 12. | - Microsoft Corp | A | Dividend | J | T | | | | | |
| 13. | - Nike Inc | A | Dividend | J | T | | | | | |
| 14. | - UnitedHealth Group Inc | A | Dividend | J | T | | | | | |
| 15. | - Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 16. | - Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 17. | - 3M Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - United Technologies Corp | A | Dividend | | | Sold | 02/24/17 | K | D | |
| 19. - RPM Corp | A | Dividend | | | Sold | 10/25/17 | K | D | |
| 20. - JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 21. - Novo Nordisk AS ADR-B | A | Dividend | J | T | | | | | |
| 22. - Merck & Co. Inc. | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 23. - Patterson Cos Inc | A | Dividend | | | Sold | 11/29/17 | J | | |
| 24. - Waters Corporation | | None | J | T | | | | | |
| 25. - Astrazeneca Group PLC ADR | A | Dividend | J | T | | | | | |
| 26. - Duke Energy (Bond) | | None | J | T | Buy | 02/07/17 | J | | |
| 27. - Bristol-Myers Squibbb Co. (Bond) | | None | J | T | Buy | 02/15/17 | J | | |
| 28. - Clorox Company CL (Bond) | | None | J | T | Buy | 10/31/17 | J | | |
| 29. - Oracle Corp. | | None | J | T | Buy | 11/08/17 | J | | |
| 30. - Watsco Inc. | | Dividend | J | T | Buy | 02/24/17 | J | | |
| 31. - Air Prods & Chems Inc. | | Dividend | J | T | Buy | 10/25/17 | J | | |
| 32. - First Republic Bank/San Fran | | Dividend | J | T | Buy | 10/25/17 | J | | |
| 33. - Lockheed Martin Corp | | Dividend | J | T | Buy | 10/25/17 | J | | |
| 34. - Qualcomm Inc. | | Dividend | J | T | Buy | 10/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Sherwin Williams Co. | | Dividend | J | T | Buy | 10/25/17 | J | | |
| 36. Boston Financial Management, Inc. IRA | | | | | | | | | See Section VIII |
| 37. - Copart Inc. | | None | M | T | | | | | |
| 38. - Patterson Cos Inc | A | Dividend | | | Sold (part) | 07/10/17 | K | | |
| 39. | A | Dividend | | | Sold | 11/29/17 | K | | |
| 40. - Jack Henry & Associates, Inc. | A | Dividend | K | T | | | | | |
| 41. - Praxair, Inc. (bond) | B | Interest | K | T | | | | | |
| 42. - Ford Motor Credit Co LLC (bond) | B | Interest | | | Matured | 02/07/17 | K | | |
| 43. - Royal Bank of Canada (bond) | A | Interest | K | T | | | | | |
| 44. - CVS Caremark Corp (bond) | A | Interest | K | T | | | | | |
| 45. - Unilever Capital Corp (bond) | A | Interest | K | T | | | | | |
| 46. - Microsoft Corp | A | Dividend | K | T | | | | | |
| 47. - Comcast Corp | A | Dividend | J | T | | | | | |
| 48. - American Tower Corp - CL A | A | Dividend | K | T | | | | | |
| 49. - IShares TR S&P Midcap 400 | A | Dividend | L | T | | | | | |
| 50. - IShares TR S&P Small Cap 600 | A | Dividend | L | T | | | | | |
| 51. - Verizon Communications (bond) | A | Interest | | | Sold | 03/27/17 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Beam Inc. (bond) | A | Interest | | | Matured | 05/17/17 | K | | |
| 53. - Pitney Bowes Inc (bond) | B | Interest | | | Matured | 09/15/17 | K | | |
| 54. - Oneok Partners LP (bond) | A | Interest | | | Matured | 09/01/17 | K | | |
| 55. - Nike Inc CL B | A | Dividend | L | T | | | | | |
| 56. - Diageo PLC ADR | A | Dividend | K | T | | | | | |
| 57. - Procter & Gamble Company | A | Dividend | J | T | | | | | |
| 58. - Chevron Corp | B | Dividend | L | T | | | | | |
| 59. - JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 60. - Johnson & Johnson | B | Dividend | L | T | | | | | |
| 61. - Novo-Nordisk AS ADR-B | A | Dividend | K | T | Sold (part) | 07/10/17 | K | E | |
| 62. - United Health Group Inc | A | Dividend | K | T | | | | | |
| 63. - 3M Co | A | Dividend | K | T | | | | | |
| 64. - United Technologies Corp | A | Dividend | | | Sold | 02/24/17 | K | E | |
| 65. - Air Prods & Chems Inc | B | Dividend | K | T | | | | | |
| 66. - RPM International Inc Com | B | Dividend | | | Sold (part) | 07/10/17 | K | E | |
| 67. | B | Dividend | | | Sold | 10/25/17 | L | E | |
| 68. - Matthews Asia Small Cos | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Merck & Co Inc. (bond) | A | Interest | K | T | | | | | |
| 70. - Autozone Inc. (bond) | A | Interest | K | T | | | | | |
| 71. - Berkshire Hathaway Fin Corp (bond) | B | Interest | K | T | | | | | |
| 72. - Apple Inc (bond) | A | Interest | K | T | | | | | |
| 73. - NBC Universal Media LLC (bond) | B | Interest | K | T | | | | | |
| 74. - Moodys Corp | A | Dividend | K | T | Sold (part) | 10/25/17 | L | E | |
| 75. - Waters Corporation | | Dividend | K | T | | | | | |
| 76. - Merck & Co. Inc. | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 77. - Easterline Technologies Corporation | | Interest | | | Buy (add'l) | 08/09/17 | J | | |
| 78. | | | | | Sold | 12/13/17 | J | | |
| 79. - CME Group Inc | A | Dividend | K | T | | | | | |
| 80. - Astrazeneca Group PLC ADR | A | Dividend | K | T | | | | | |
| 81. - Duke Energy Progress - 1st Mtg. (Bond) | | None | L | T | Buy | 01/05/17 | L | | |
| 82. - Autozone Inc. (Bond) | A | Interest | K | T | Buy | 03/29/17 | K | | |
| 83. - United Parcel Service (Bond) | | Interest | K | T | Buy | 04/11/17 | K | | |
| 84. - Apple, Inc. (Bond) | A | Interest | K | T | Buy | 08/01/17 | K | | |
| 85. - Precision Castparts Corp. (Bond) | A | Interest | K | T | Buy | 08/08/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ingredion Inc. | A | Interest | K | T | Buy | 10/25/17 | K | | |
| 87. - First Republic Bank/San Fran | A | Interest | K | T | Buy | 10/25/17 | K | | |
| 88. - FNF Group | A | Interest | J | T | Buy | 12/14/17 | J | | |
| 89. - Lockheed Martin Corp | A | Interest | K | T | Buy | 10/25/17 | K | | |
| 90. - Watsco Inc | B | Interest | K | T | Buy | 02/24/17 | K | | |
| 91. - AMDOCS Limited | | Interest | J | T | Buy | 10/25/17 | J | | |
| 92. - GTT Communications Inc | | Interest | J | T | Buy | 07/13/17 | J | | |
| 93. - Qualcomm Inc. | B | Interest | K | T | Buy | 10/25/17 | K | | |
| 94. - Sherwin Williams | A | Interest | K | T | Buy | 10/25/17 | K | | |
| 95. - Luxottica Grp S P A ADR | A | Interest | J | T | Buy | 07/10/17 | J | | |
| 96. - Danone Sponsored ADR | A | Interest | J | T | Buy | 07/10/17 | J | | |
| 97. - Sun Life Finl Inc | A | Interest | J | T | Buy | 07/10/17 | J | | |
| 98. - ABB Ltd ADR | A | Interest | J | T | Buy | 07/10/17 | J | | |
| 99. - Broadcom Ltd | A | Interest | J | T | Buy | 07/10/17 | J | | |
| 100. - Constellation Software Inc Com | A | Interest | K | T | Buy | 07/10/17 | J | | |
| 101. - Novozymes A/S ADR | A | Interest | J | T | Buy | 07/10/17 | J | | |
| 102. Boston Financial Management, Inc. Revocable Trust | | | | | | | | | See Section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - CVS Caremark Corp (bond) | A | Interest | K | T | | | | | |
| 104. - Deere & Company (bond) | B | Interest | K | T | | | | | |
| 105. - Comcast Corp | A | Dividend | J | T | | | | | |
| 106. - TJX Companies Inc | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 107. - Costco Whsl Corp | A | Dividend | J | T | | | | | |
| 108. - Danaher Corp | A | Dividend | | | Sold | 04/21/17 | J | B | |
| 109. - Welltower Inc. | B | Dividend | | | Sold | 09/28/17 | K | B | |
| 110. - IShares TR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 111. - IShares TR S&P Small Cap 600 | A | Dividend | J | T | | | | | |
| 112. - United Health Group Inc | A | Dividend | K | T | | | | | |
| 113. - Amazon Com Inc | | None | K | T | | | | | |
| 114. - Nike Inc CL B | A | Dividend | J | T | | | | | |
| 115. - Anheuser Busch Inbev SA/NV-SP ADR | A | Dividend | | | Sold | 12/05/17 | J | C | |
| 116. - Diago Plc ADR | A | Dividend | K | T | | | | | |
| 117. - McCormick & Co Inc | A | Dividend | J | T | | | | | |
| 118. - Chevron Corp | A | Dividend | J | T | | | | | |
| 119. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Bristol Meyers Squibb Co | A | Dividend | | | Sold | 04/24/17 | J | A | |
| 121.  - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 122.  - 3M Co | A | Dividend | K | T | | | | | |
| 123.  - United Technologies Corp | A | Dividend | | | Sold | 02/24/17 | J | B | |
| 124.  - Apple Computer Inc | A | Dividend | J | T | | | | | |
| 125.  - Automatic Data Processing | A | Dividend | J | T | | | | | |
| 126.  - Microsoft Corp | A | Dividend | J | T | | | | | |
| 127.  - Air Prods & Chems | A | Dividend | J | T | | | | | |
| 128.  - Praxair Inc | A | Dividend | K | T | | | | | |
| 129.  - RPM International Inc Com | A | Dividend | J | T | | | | | |
| 130.  - Avalonbay Cmntys Inc | A | Dividend | J | T | | | | | |
| 131.  - Oracle Corp (Bond) | A | Interest | | | Matured | 10/15/17 | K | | |
| 132.  - Copart Inc. | | Dividend | K | T | | | | | |
| 133.  - Patterson Cos Inc | A | Dividend | | | Sold | 11/29/17 | J | | |
| 134.  - Norwood, MA - GO (Bond) | A | Interest | K | T | | | | | |
| 135.  - Shrewsbury, MA - GO (Bond) | A | Interest | K | T | | | | | |
| 136.  - Moodys Corp | A | Dividend | J | T | Sold (part) | 10/25/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Waters Corporation | | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 138. - Alphabet Inc-CL C | | None | K | T | | | | | |
| 139. - Esterline Technologies Corporation | | None | | | Sold | 12/13/17 | J | | |
| 140. - Carter Inc Com | A | Dividend | J | T | | | | | |
| 141. - CME Group Inc | A | Dividend | K | T | | | | | |
| 142. - Mastercard Inc - Class A | A | Dividend | K | T | | | | | |
| 143. - Sun Life Finl Inc | A | Dividend | J | T | | | | | |
| 144. - Masschusetts St GO Ref (Bond) | B | Interest | K | T | Buy | 09/06/17 | K | | |
| 145. - Nantucket, MA GO (Bond) | A | Interest | K | T | Buy | 11/09/17 | K | | |
| 146. -Mastercard Inc. (Bond) | | Dividend | K | T | Buy | 08/03/17 | K | | |
| 147. - Ingredion Inc. | A | Dividend | J | T | Buy | 12/05/17 | J | | |
| 148. - First Republic Bank/San Fran | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 149. | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 150. - FNF Group | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 151. - Gilead Sciences | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 152. - KAR Auction Svcs Inc Com | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 153. - Republic Services Inc. | A | Dividend | J | T | Buy | 08/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Watsco Inc. | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 155. | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 156. - Qualcomm Inc | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 157. - Novozymes A/S ADR | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 158. Boston Financial Management Inc Revocable Trust | | | | | | | | | See Section VIII |
| 159. - Phillips 66 (Bond) | A | Interest | | | Matured | 05/01/17 | K | | |
| 160. - Bristol Myers Squibb Co | A | Dividend | | | Sold | 04/24/17 | J | A | |
| 161. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 162. - Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 163. - Amazon.com Inc. | | Dividend | J | T | | | | | |
| 164. - Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 165. - Automatic Data Processing Inc. (Bond) | A | Interest | K | T | | | | | |
| 166. - United Technologies Corp | A | Dividend | | | Sold | 02/24/17 | J | B | |
| 167. - Apple Inc | A | Dividend | J | T | | | | | |
| 168. - American Tower Corp | A | Dividend | J | T | | | | | |
| 169. - Anheuser Busch Inbev SA/NV-SP ADR | A | Dividend | | | Sold | 12/05/17 | J | A | |
| 170. - Diageo PLC ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Comcast Corp | A | Dividend | J | T | | | | | |
| 172. - TJX Companies | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 173. - McCormick & Co Inc | A | Dividend | J | T | | | | | |
| 174. - Praxair Inc | A | Dividend | J | T | | | | | |
| 175. - Nike Inc - B | A | Dividend | J | T | | | | | |
| 176. - United Health Group Inc | A | Dividend | J | T | | | | | |
| 177. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 178. - 3M Co | A | Dividend | J | T | | | | | |
| 179. - Chevron Corp | A | Dividend | J | T | | | | | |
| 180. - Welltower Inc. | A | Dividend | | | Sold | 09/28/17 | J | B | |
| 181. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 182. - Novo-Nordisk AS ADR-B | A | Dividend | J | T | | | | | |
| 183. - Air Prods & Chems Inc. | A | Dividend | J | T | | | | | |
| 184. - RPM International Inc Com | A | Dividend | J | T | | | | | |
| 185. - IShares TR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 186. - IShares TR S&P Small Cap 600 | A | Dividend | J | T | | | | | |
| 187. - Copart Inc | | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Patterson Cos Inc | A | Dividend | | | Sold | 11/29/17 | J | | |
| 189. - Jack Henry & Associates Inc | A | Dividend | J | T | | | | | |
| 190. - Apple Inc SR GLBL NT (Bond) | A | Interest | K | T | | | | | |
| 191. - US Treasury Note (Bond) | A | Interest | K | T | | | | | |
| 192. - Amgen, Inc. (Bond) | A | Interest | K | T | | | | | |
| 193. - Moodys Corp | A | Dividend | J | T | Sold (part) | 10/25/17 | J | B | |
| 194. - Watsco Inc | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 195. - Qualcomm Inc | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 196. - Esterline Technologies Corporation | | Dividend | | | Sold | 12/13/17 | J | | |
| 197. - Carter Inc Com | A | Dividend | J | T | | | | | |
| 198. - CME Group Inc | A | Dividend | J | T | | | | | |
| 199. - Illinois Tool Works Inc. (Bond) | A | Interest | K | T | Buy | 07/31/17 | K | | |
| 200. - Mastercard Inc. (Bond) | A | Interest | K | T | Buy | 08/03/17 | K | | |
| 201. - Ingredion Inc. | | Dividend | J | T | Buy | 12/05/17 | J | | |
| 202. - First Republic Bank/San Fran | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 203. - FNF Group | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 204. - Gilead Sciences | A | Dividend | J | T | Buy | 04/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - KAR Auction Svcs Inc Com | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 206. - Bank of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 2 - 4 NOTE:  None of the beneficiaries of the trusts and accounts listed in Part I of which the reporting party is a trustee is a dependent of the reporting party and neither the reporting party nor his ▮▮▮▮ has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of Slade Gorton Seafood Holdings, Inc. formerly SG Seafood Holdings, Inc. which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed.  The value of the stock holdings is appraised from time to time by a certified financial planner, last done in 2012.

Part VII, Line 3 - In 1997 the reporting party and spouse funded a chartible remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 3, 36, 102 and 158 - The assets listed on the dashed ("-") lines that follow these lines are managed by Boston Financial Management, Inc., Boston MA and consist of stocks and bonds in publicly held companies and equity holdings based on certain indicies.

Part VII, Line 36 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544